NEW HAMPSHIRE INSURANCE GROUP, APPELLEE, *v.*
FROST ET AL., APPELLEES;  STUMP, APPELLANT.

[Cite as *New Hampshire Ins. Group v.
Frost* (1996), 77 Ohio St.3d 1218.]

(No. 95–1653—Submitted October 9, 1996—Decided December 11, 1996.)

---

*Quandt, Giffels & Buck Co., L.P.A., Walter R. Matchinga* and *Edward J. Stoll, Jr.,* for appellee New Hampshire Insurance Group.

*McIntyre, Kahn & Kruse Co., L.P.A., Patrick J. Gallagher* and *Mark F. Kruse,* for appellant.

---

The appeal is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., DOUGLAS, F.E. SWEENEY, PFEIFER and STRATTON, JJ., concur.

RESNICK and COOK, JJ., separately dissent.

ALICE ROBIE RESNICK, J., dissenting. I would reverse the judgment of the court of appeals.

COOK, J., dissenting. I would affirm the judgment of the court of appeals.